# O'NEILL / HASSEN

Attorneys at Law

August 8, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Nicodemus Miller,* 21 Cr 145 (PGG)

Dear Judge Gardephe:

Mr. Miller is scheduled to turn himself in to FCI Coleman Low on Monday August 15, 2022. FCI Coleman is located in Florida, and as the Court may recall, Mr. Miller lives in South Carolina. Mr. Miller is indigent and cannot afford the cost of the transportation.

I have priced the cost of travel to the facility. A plane ticket from South Carolina to Orlando, Fl is approximately $250 and a taxi from the airport to the prison is approximately $100. I write to request that the Court authorize funding to reimburse counsel for these costs, to facilitate Mr. Miller's self-surrender. I additionally ask that the Court reappoint counsel to this matter to facilitate the use of eVoucher.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

**MEMO ENDORSED**

Counsel will propose a lower cost form of transportation, such as a bus or train.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
August 16, 2022

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA